# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr- 318 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR OSCAR JUNIOR MAY (ID#) 623509 |
| vs. | |
| OSCAR JUNIOR MAY, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **OSCAR JUNIOR MAY** before the United States District Court at Las Vegas, Nevada, on or about _____ I/A & A/P Wed: 10/4/17  3:00 PM   VCF 3D _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: September 26, 2017

_____
UNITED STATES MAGISTRATE JUDGE

```
STEVEN W. MYHRE
Acting United States Attorney
Nevada State Bar Number 9635
District of Nevada
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OSCAR JUNIOR MAY,<br><br>　　　　　Defendant. | Case No.: 2:17-cr- 3/8<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR OSCAR JUNIOR MAY<br>(ID#) 623509 |

　　　　The petition of the United States Attorney for the District of Nevada respectfully shows that **OSCAR JUNIOR MAY** is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **OSCAR JUNIOR MAY** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **OSCAR JUNIOR MAY** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _____ I/A & A/P Wed: 10/4/17  3:00 PM   VCF 3D _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

　　　　That the presence of the said **OSCAR JUNIOR MAY** before the United States District Court on or about _____ I/A & A/P Wed: 10/4/17  3:00 PM   VCF 3D _____, at the hour of 3:00 p.m.,

for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **OSCAR JUNIOR MAY** before the United States District Court on or about _____ I/A & A/P Wed: 10/4/17  3:00 PM   VCF 3D _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 26th day of September, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Daniel J. Cowhig*

DANIEL J. COWHIG
Assistant United States Attorney

2