RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Oscar Junior May

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR JUNIOR MAY,<br><br>　　　　　Defendant. | Case No. 2:17-cr-318-JCM-GWF<br><br>**UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER** |

COMES NOW, appointed counsel, Raquel Lazo, Assistant Federal Public Defender, hereby moves this Court request a Pre-Plea Pre-Sentence Investigation Report be prepared by the Probation department.

　　　　1.　　It appears that defendant may be Armed Career Criminal eligible under 18 U.S.C. section 924(e).  Whether the defendant is subject to this enhancement will drastically impact his sentencing exposure, negotiations, and client's decision as to how he should proceed. A pre-plea presentence report will promote judicial economy and aid in the manner in which this case is ultimately resolved.

2. Undersigned counsel therefore respectfully requests an order that the Department of Probation conduct a pre-plea presentence investigation report as soon as possible.

3. Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Daniel J. Cowhig regarding this request and he has no opposition. The Department of Probation has also been made aware that this request is forthcoming.

DATED this 29th day of November, 2017.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender
Attorney for Oscar Junior May

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>OSCAR JUNIOR MAY,<br><br>　　　　　　　Defendant. | 2:17-cr-318-JCM-GWF<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant Oscar Junior May.

　　　DATED this the 30th day of November , 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE