RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rachel_Korenblat@fd.org

Attorney for Oscar Junior May

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>OSCAR JUNIOR MAY,<br><br>　　　　　Defendant. | Case No. 2:17-cr-318-JCM-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for Oscar May, that the sentencing hearing currently scheduled for May 23, 2018 at 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

　　　The Stipulation is entered into for the following reasons:

　　　1.　　Undersigned defense counsel needs additional time to conduct mitigation and to draft a sentencing memorandum.

　　　2.　　The defendant is incarcerated and does not object to the continuance.

　　　3.　　The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively prepare for the sentencing, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. This is the first stipulation to continue sentencing date filed herein.

DATED this 14th day of May, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By */s/ Rachel Korenblad*<br>RACHEL KORENBLAT<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

OSCAR JUNIOR MAY,

    Defendant.

Case No. 2:17-cr-318-JCM-GWF

ORDER

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that the best interest of justice is served by the granting of the continuance.

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled on Wednesday, May 23, 2018 at 10:00 a.m., be vacated and continued to **Monday, June 25, 2018 at 10:00 a.m.**

DATED May 17, 2018.

_____
UNITED STATES DISTRICT JUDGE