RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Oscar Junior May

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-318-JCM-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| OSCAR JUNIOR MAY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Oscar Junior May, that the Sentencing Hearing currently scheduled on August 6, 2018 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to gather documents in support of mitigation.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 30th day of July, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>OSCAR JUNIOR MAY,<br><br>    Defendant. | Case No. 2:17-cr-318-JCM-GWF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, August 6, 2018 at 10:30 a.m., be vacated and continued to **Monday, August 20, 2018 at 10:00 a.m.**

    DATED August 2, 2018.

                                                        */s/ James C. Mahan*
                                          UNITED STATES DISTRICT JUDGE