UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff(s),<br><br>    v.<br><br>OSCAR JUNIOR MAY,<br><br>                      Defendant(s). | Case No. 2:17-CR-318 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *United States v. May*. On August 21, 2020, May appeared before the court for a hearing regarding the revocation of supervised release. The parties jointly recommended for the court to modify the terms of supervision as follows:

    <u>Electronic Monitoring</u> – The electronic monitoring device is removed from defendant.

    <u>Residential Re-entry Center</u> – You must reside in a residential re-entry center for a term of up to 180 days. You must follow the rules and regulations of the center. The subsistence is waived.

This matter will be held in abeyance for 180 days and May is continued on all previously imposed terms of supervision consistent with the foregoing modifications.

IT IS SO ORDERED.

DATED September 9, 2020.

                                                  UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**